IN THE UNITED STATES DISTRICT COURT COLUMBUS OHIO EASTERN DIVISION

FRANK NEWSOME, PLAINTIFF

versus

WILLIAM SCHENCKS, Prosecutor, Greene County
TERRI MEZUR, Clerk of Courts, Greene County
STEVEN WOLAVER, Greene County Judge
JEFF C. TURNER, Attorney
MICHAEL R. MERZ, U.S. Magistrate et. al., DEFENDANTS

COMPLAINT

I. JURISDICTION

 Also 42 U.S.C. 1983

1. The jurisdiction of this court is invoked pursuant to and in accordance with the provisions of Title 28 U.S.C. secs. 1331(a) and 1343 to redress the deprivation of Federal rights secured to the plaintiff under the US Constitution. Plaintiff also request declaratory relief under 28 U.S.C. secs. 2201 and 2202. The matter in controversy exceeds, exclusive of interest and costs the amount of $10,000., as hereinafter more fully appear.

II. FACTS

2. September 11, 1999 plaintiff,s Lioness Nila was murdered by the Greene County Sheriff,s Department as a reason to scare plaintiff and run plaintiff out of county. Nila was tranquilized and down as a result of a shot to sedate her. Inside of fence a Marksman walked up to her within a foot stuck gun to her head and fired. Plaintiff begging them not to murder her. Television 7 was there with many neighbors observing the murder. Sheriff Erwin stood on road saying FRANK NEWSOME " this county is not big enough for both of us one of us has to leave." While many deputies stood on road plaintiff told others to get off property, especially after they threatened plaintiff with arrest if he came off the property.

PAGE II.

Earlier in the hunt for Vila-Sheriff Erwin threatened plaintiff to leave the county and he said I have 150 deputies and we are going to be all over you. Plaintiff told them we are not in the I800s and they are destroying themselves by trying to destroy the plaintiff. They need to go home and go to bed and think about what they did under the Sheriffs Order, and they are nothing but a bunch of "barbarians". Plaintiff filed in U.S. District Court hoping the Court would do the right thing. During proceedings the magistrate defendant Merz and Attorney Turner violated the Rules of the court continously knowingly, capriciously to defeat case. Intimidation. In a earlier case 96-32I the violation of the Rules was outrageous Docket Sheets do not lie nor do prehearing Conference Minutes. Plaintiff was sanctioned in the 99-473 Case a $I00. for requesting disciplinary of Merz and Turner. Judge said no. Plaintiff not being an attorney not knowing the Rules and with a mental disability. Would file his affidavit late or put evidentiary evidence in late and defendant Turner wiuld move to dismiss and Merz would grant it. But when Merz and Turner violated Rules of the court and Turner outright lying at Prehearing Conference of August I5, 200I on at least two occasions to the court for personel gain. To give defen- reason to sanction plaintiff if he did not file the Amended Com- plaint in federal court and that was defendant Turners responsibility Defendant Merz had a responsibility to investigate being a forensis of the court, but he did not and continued a pattern of sanctions and intimidation in a knowing and capricious manner. Turner and Merz have been married a long time and it is time they get a di- vorce. On or about May 3,2000 at 3:00PM plaintiff was met on South

PAGE III.

Charlston Road approximately a mile from farm with stop stix in back and front of vehicle-two sheriffs cars one in back and one front. Nearly 2 dozen under cover agents, DEA, etc. They had submachine guns and high powered rifles aimed at plaintiff and were laughing at the plaintiff like they did the night they murdered Nila the Lioness. Plaintiff was handcuffed for an hour behind his back and Bruce May a personel friend of defendant Merz said they were afraid to come after the plaintiff. After a false arrest plaintiff was released and offered a personel favor from defendant Merz by Bruce May. Plaintiff refused that illegal activity. At Prehearing Conference in 99-473 and 00-372 cases Defendant Merz said he knew Bruce May and plaintiff did not ask. The favor was offered to keep plaintiff from suig in court again. Plaintiff filed C-301-281 when two Channel 7 News reporters visited plaintiff and the sheriff told them plaintiff was a drug dealer, violent and indicted by a grand jury for drugs-all lies to defame and slander plaintiff. plaintiff filed in state court and defendants illegally removed the case to Federal court-Defendant Turner. Plaintiff filed caseC-3-01-422 opposing jurisdiction and illegal removal of the case from state court. Defendant Merz and Turner were named defendants. Merz would not recuse himself and struck the Amended Complaint illegally violating Code of Proffesional Responsibly. Again plaintiff filed caseC-3-02-251 and again defendants removed case to federal court and it was dismissed. How can a person state a claim in federal court and its a state claim and the case be dismissed for failure to state a claim in federal court. That is outrageous. Plaintiff stated that in 422 case.

PAGE IV.

3. On or about 2 weeks ago Teri Mezur and William Scenchs went on a national television channel Time Warner and began talking about plaintiff's animals and the case plaintiff had filed in ~~state~~ Federal-77-473 court about the sheriff murdering Nila and plaintiff suing. Defendant Scencks stated the plaintiff was a wacho for suing the sheriff. Sending a bad message to millions of people, including deputies, prosecutors, judges go get Frank Newsome he is mentally ill, violent, drug dealer. Its been in the Newspapers. Plaintiff is a member of a class of people with a mental disability and turner talked to Wolaver and Schenks about plaintiff's mental problems. He told Mr. Poley an As plaintiff had mental problems and plaintiff sued Merz and Turner to scare him away and not represent plaintiff as an attorney. It scared Mr. Poley. Plaintiff incorperates case no. C2-03-47 as evi- dence to discipline merz and Turner. Plaintiff sues Merz for Disciplinary. Mental anguish and worry is what t'is has caused. Turner and Merz have violated Rule II continuosly by prolonging Litigation for personel satisfaction

NOTE: Because plaintiff sued them + requested disciplinary

~~Respectfully submitted,~~

CLAIMS

Wolaver, Scencks, Mezur and Turner rehearsed this conspiracy to defame, slander and descriminate because plaintiff is a member of a class of disabled people. Ther is a <u>TAPE.</u> This was a reprisal for taking court action

RELIEF

$500,000. from ~~defendants Mezur, Schenks, Wolover and Turner.~~ each of the defendants.

COMPLAINT, ADDITIONAL FACTS

In 1993 Chief Judge Walter Rices wife Bonnie Beaman Rice was caught having sex with a criminal in prison. Judge Rice thru political channels had the F.B.I. in the Dayton Office tell the HARD COPY television show they could not air the show on any channels in the Dayton area. For fear of reprisals Hard did the F.B.I.s bidding, but it was aired on Channel 10 in the Columbus area. Judge Rice has a sexual dysfunction as does his magistrate Micheal Merz. Judge Rice has a controller in a powerful position plitically. On or about 1985 this controller called the Secret Service in the Dayton area and shut a case down. This controller has song ties to criminals and the Democratic Party Tru this controller Rice has sentenced criminals showing favoritism. This contrller has released people early from prison. Defendant Turner knows all of the above and quietly takes advantage of their sexual dysfunctions. Most Attorneys in the Dayton area are are aware of their weaknesses and know they have favoritism coming as long as they keep quiet about their sexual dysfunctions and criminal behavior in the courtroom. Turner is allowed to violate Rules and lie at the Pretrial Hearings and defendant Merz will threaten sanctions and Order sanctions for intimidation and to scare plaintiff away from the courts so Turner can win. So Law Enforcement can be protected and continue to violate the rights of the people. Bonnie Beaman Rice truly divorced Judge Rice because of the sexual dysfunctions. She is an attorney herself. Bruce May head of the Drug Task Force in Greene County has a sexual dysfunction and is a personel friend of Defendant Merz and offered the plaintiff a personel favor after

## FACTS OF COMPLAINT

A false arrest prompted by a Detective Tild. Plaintiff refused the favor. Plaintiff only wants what is right for the Lioness Nila. She loved me and I loved her like a daughter. I slept with her and the tigress Selkit, Joshua the leopard and Marguerite the Mountain Lion and the three dogs Ceaser Louie and Blackie. It was very peaceful then. There is no peace now and slowly but surely plaintiff and animals are being destroyed by this system. There can be no peace until what they did is corrected and I not only mean the murder of Nila, but defaming her and the plaintiff. Merz said at prehearing of September of 2000 he would have been afraid too to come after plaintiff on false drug charges and his personel friend had reason to be afraid a mile up the road and at least 24 under cover agents with automatic weapons. Plaintiff unarmed and a non violent person. This was his dysfunction talking trying to protect Bruce May and Turner. The Buddy System at work in Dayton, Ohio. Trying to cover their Tracks and make plaintiff and animals look bad especially Nila. I WILL NOT LEAVE THIS COUNTY. I have every right to be here and live with my animals in some kind of peace. We have hurt no one. Wolaver and Schencks are using neighbors as informants and they are allowed to deal in drugs and take drugs as long as they report information(false) about plaintiff and others. Remember Wolaver has released people from prison to tell lies and set plaintiff up. Schencks leads the charge by directing Wolaver even as judge now. On two separate occasions Wolaver released a prisoner to set plaintiff up. William Schencks has a sexual dysfunction too. Its outrageous. Her is 4 abnormal

FACTS CONTINUED

people in powerful positions. Can be taken advantage of because of their dysfunctions. They need help and should never be in a position over more normal people. This plaintiff is not normal and would never accept a position to judge normal people. It can go from one extreme to another never in the middle. The neighbors who are informants for Schencks have threatened to murder the plaintiff. Plaintiff went to sheriffs office on or about April of this year and made statement and deputy took it directly to prosecutors office William Schencks nothing done. Plaintiff has made many reports of drug dealing and taking drugs. Nothing done. Many burglaries and plaintiff dialed 911 once and later were caught with many weapons. Looking for drugs.

THIS PLAINTIFF IS NOT AN ATTORNEY AND is proceeding [pro] se

Twice Judge Rice left the bench to go to Channel 7 News to investigate two of plaintiffs Complaints and twice there were prehearing conferences. He knew the truth but failed to protect the plaintiffs Constitutional Rights.

The defendants Herz and Turner are using the Rules of the court to defeat cases as well as lying to defeat the cases with sanctions against the plaintiff for intimidation without justification requesting sanctions from the Appeals court so plaintiff could not appeal his cases because he has no money to pay for the appeals. In 96-321 case he stated I'll get Asst. U.S. Attorney Richard Chemas on the ball in regards to a false target letter in front of Defendant Turner. Attorney Dwight Brannan said you can only win if they all 3 agree upon it. Otherwise you lose.

FACTS CONTINUED

This plaintiff has mental anguish and fear to go out around people for fear of anything can happen. People will be afraid of plaintiff call police anything could happen if they saw the names defendant Colercks and Mezur called plaintiff on National Television. Defendant Schenks has a Code of Proffesstional Responsibility. He has been Prosecuting Aattorney in Xenia for 26 years and has defamed slandered and outright descrimunate against plaintiff because plaintiff is a member of a class of people with a mental disability. He himself is a member of a classs of people with a sexual dysfunction and can be taken adventage of or take advantage of people. This 4 defendants have conspired with Turner to get plaintiff locked up and defeat cases to keep their sexual dysfunctions hidden from the public. And other courts as Judge Marbleys court. Merz tried to get it stricken that he has a sexual dysfunction and to get Judge Marbley to sanction plaintiff to force plaintiff to file before Judge Rices court so that they can cOntrol plaintiff and his knoledge of their sexual dysfunctions and weaknesses. The very reason Rome and Greece fell thier imoral behavior. The people should know who they have in a government office regardless. Last two cases plaintiffnfiled was in state court and both were removed illegally to federal court and plaintiff threatened with more sanctions as denied right to dismiss case and refile in state court were it belonged.

Plaaantiff prays Merz and Turner will be sanctioned and re disciplinary action against them.

This court should take notice Merz will go pro se to hide his dysfunction from the U.S. Attorneys Office.

## FACTS OF COMPLAINT

Because of Merz and Rice's sexual dysfunction and Lawyers, Prosecutors knowing it as well as Lawenforcement officers. They are outright showing favortism to gain personel favors that police and lawyers will keep their sexual dysfunctions in the closet. This type of government was the downfall of Rome and Greece. Whites and blacks are oppressed by this type of government set up. Chief of police William McManus 2 years on the job stated Dayton needs dyversity, and pointed the finger at the f.o.p. and Dayton's government. He knows something is wrong. He started in Philadelphi and spent 27 years as a law enforcement officer in Washington.D.C. He is now leaving to take a better position a larger city. A great police officer. Some type of disciplinary needs to be taken against Rice, Merz, Schencks and Turner for violations of their code of professinal responsibility The governer of Illinois recently said we have a dysfunctional system after finding out there were 15 inmates in prison on death row who were innocent.

THE END.

Frank Newsome

Signed in my presence by Frank Newsome
on this 7 day of January 2004

Larry J. Sillman
Larry J. Sillman
Notary Public, State of Ohio
My Commission Expires 7/27/2004

REQUEST OF THE TO INCORPORATE

Plaintiff moves this honorable court to incorporate case no. C2-03-47 for potential witnesses and for the liked lies of Turner and Merz. Merz outright lied to this court that he never sanctioned plaintiff, but he did.

Respectfully submitted,
*Freund Newsome*

Dated 12/25/2003

PAGE 7.

## REQUEST A TEMPORARY RESTRAING ORDER

Plaintiff request a TRO based on the Complaint and Case no. C2-03-47 and plaintiffs AFFIDAVIT attached. To stop the defendants their agents from talking to any news media and television shows about the plaintiff.

Respectfully submitted,

FRANK NEWSOME

## AFFIDAVIT

Plaintiff FRANK NEWSOME duly sworn states he has watched the tape of defendants Mezur and Scencks defaming plaintiff slanderin calling plaintiff a WACHO for filing suit in court against Sheriff Erwin. Plaintiff is in fear of going any place or filing in local and District Courts in Dayton, or Xenia.

NOTARY

DATED

FRANK NEWSOME

*Frank Newsome*



Signed in my presence by *Frank Newsome* on this 17 day of January 2004

*Larry J. Tillman*

Larry J. Tillman
Notary Public, State of Ohio
My Commission Expires 7/27/2004